**Ellen C. Halladay, appellee, v. The estate of Ellen C. Blair, deceased, Tracey M. Hancock, executor, appellant. Gen. No. 7,203.**

Suit on notes. Verdict for claimant. Appeal from the Circuit Court of Marshall county; the Hon. John M. Niehaus, Judge, presid-

ing. Heard in this court at the April term, 1923. Reversed and remanded with a finding of fact. Opinion filed September 7, 1923.

Henry E. Jacobs, Clarence W. Heyl and Harry C. Heyl, for appellant. Barnes, Magoon & Black, for appellee.

Mr. Justice Jones delivered the opinion of the court.